156 So. 416

John CALHOON v. MERIDIAN LUMBER COMPANY, Inc. In re John CALHOON Applying for Certiorari, or Writ of Review to Court of Appeal, Parish of Rapides.

No. 32793.

July 2, 1934.

Frank H. Peterman, of Alexandria, for applicant.

Thornton, Gist & Richey, of Alexandria, for respondent.

BRUNOT, Justice.

This application presents the same issues this day decided in the matter In re Meridian Lumber Co., Inc., 180 La. 343, 156 So. 412, and for the reasons assigned in that case the writ issued in this case is recalled and vacated, at relator's cost.